State of Missouri, Second Injury
Fund, Respondent.

Nos. 64754, 64755.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 19, 1994.

Ray Marglous, St. Louis, for employee/appellant.

James A. Thoenen, St. Louis, for employer/cross-respondent.

Jeremiah W. (Jay) Nixon, Atty. Gen., Maria W. Campbell, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

STATE of Missouri, Plaintiff–
Respondent,

v.

Reggie HART, Defendant–Appellant.

No. 64207.

Missouri Court of Appeals,
Eastern District,
Division One.

April 19, 1994.

S. Paige Canfield, St. Louis, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant, Reggie Hart, appeals from his judgments of conviction, after a jury trial, for attempted robbery in the first degree, assault in the second degree, and armed criminal action. Defendant was sentenced, as a prior, persistent, and class X offender, to a total of sixty years.

No jurisprudential purpose would be served by a written opinion. The judgments of conviction are affirmed. Rule 30.25(b).